IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERMAN TERRELL,

    Petitioner,                   No. CIV S-06-2937 FCD GGH P

    vs.

D.K. SISTO, et al.,

    Respondents.               ORDER

_____/

        Good cause appearing, IT IS HEREBY ORDERED that respondent is granted an extension of time of forty-five days up to and including April 16, 2007, in which to file an answer to the petition for writ of habeas corpus.

DATED: 3/7/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ter2937.eot